UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,

          Plaintiff,

    v.

LORAC COSMETICS, LLC,

          Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/19/2020

20-CV-1741 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on February 27, 2020, Dkt. 2, and served Defendant on March 20, Dkt. 6. Defendant's response to the complaint was thus due no later than April 10, 2020. *Id.* To date, however, Defendant has not appeared nor responded to the complaint.

    Accordingly, if Plaintiff intends to move for a default judgment against Defendant, she shall do so no later than July 2, 2020, in accordance with the Court's individual rules (https://nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf).

SO ORDERED.

Dated:    June 19, 2020
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge