| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 7/14/2020 |

PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,

                Plaintiff,

    v.

LORAC COSMETICS, LLC,

                Defendant.

20-CV-1741 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on February 27, 2020, Dkt. 2, and served Defendant on March 20, Dkt. 6. Defendant's response to the complaint was due no later than April 10. *Id.* Defendant did not appear nor respond to the complaint. Therefore, on June 19, the Court ordered Plaintiff that if she intends to move for a default judgment, she shall do so no later than July 2. Dkt. 7. To date, Plaintiff has not done so.

    Accordingly, no later than July 17, 2020, Plaintiff shall inform the Court whether she intends to move for a default judgment against Defendant. If Plaintiff does not move for a default judgment or respond to this Order, the Court will dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 14, 2020
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge