| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 7/31/2020 |

PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,

        Plaintiff,

        v.

LORAC COSMETICS, LLC,

        Defendant.

20-CV-1741 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on February 27, 2020, Dkt. 2, and served Defendant on March 20, Dkt. 6. Defendant's response to the complaint was due no later than April 10. *Id.* Defendant did not appear nor respond to the complaint. Therefore, on June 19, the Court ordered Plaintiff to move for a default judgment no later than July 2. Dkt. 7. Plaintiff did not do so. On July 14, the Court ordered Plaintiff to inform it whether she intended to move for a default judgment. Dkt. 8. In so doing, the Court warned that "[i]f Plaintiff does not move for a default judgment or respond to this Order, [it] will dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b)." *Id.* Plaintiff did not respond to the Court's order. On July 24, noting again that Plaintiff had not responded to its recent orders, the Court directed Plaintiff to move for a default judgment or respond to this order no later than July 28. Dkt. 9.

    On July 27, Plaintiff requested and received a certificate of default from the Clerk of Court. Dkt. 10. However, Plaintiff has yet to file her motion for a default judgment and supporting papers, as is required by the Court's individual rules. Accordingly, no later than August 10, 2020, Plaintiff shall move for a default judgment in accordance with the Court's

individual rules, specifically Attachment A, available here: https://www.nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:   July 31, 2020
         New York, New York

_____
RONNIE ABRAMS
United States District Judge