```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  8-19-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,

                Plaintiff,

           v.

LORAC COSMETICS, LLC,

                Defendant.

20-CV-1741 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 28, 2020, the Clerk of Court entered a certificate of default against Lorac Cosmetics, and on August 11, 2020, Plaintiffs moved for default judgment. Dkt. 12, 14. Upon consideration of these documents and the supporting declaration from David Force, it is hereby:

ORDERED that Plaintiffs shall serve a copy of the motion for default judgment, any supporting papers, and this Order by August 28, 2020 on Lorac by the methods described in Rule 4 of the Federal Rules of Civil Procedure. Plaintiffs shall file proof of service of these documents with the Court.

IT IS FURTHER ORDERED that answering papers, if any, should be served upon Plaintiffs by September 18, 2020.

In light of the COVID-19 crisis, the Court will not have a show cause hearing and will instead resolve this matter on the papers. If Lorac fails to respond by September 18, 2020 or fails to request an extension to do so, judgment will be entered for Plaintiffs.

SO ORDERED.

Dated:     August 19, 2020
              New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge