| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 9-14-20 |

WILLIAMS, *on behalf of herself and all others similarly situated*,

                Plaintiff,

        v.

LORAC COSMETICS, LLC,

                Defendant.

20-CV-1741 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 19, this Court ordered Plaintiff to serve a copy of the motion for default judgment and any supporting papers on Defendant by August 28, 2020. The Court further ordered that Plaintiff file proof of service of these documents with the Court. To date, Plaintiff has not done so. It is hereby:

ORDERED that no later than September 18, 2020, Plaintiff shall serve on Defendant (1) a copy of the motion for default judgment, (2) any supporting papers, (3) the Court's August 19, 2020 order, and (4) this Order by the methods described in Rule 4 of the Federal Rules of Civil Procedure. Plaintiffs shall file proof of service of these documents with the Court. Plaintiff shall note that failure to comply with this order may result in sanctions including involuntary dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

IT IS FURTHER ORDERED that Defendant's answering papers, if any, shall be served upon Plaintiffs no later than October 9, 2020. If Defendant fails to respond by October 9, 2020 or fails to request an extension to do so, judgment may be entered for Plaintiffs.

SO ORDERED.

Dated: September 14, 2020
       New York, New York

_____
RONNIE ABRAMS
United States District Judge