UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, *on behalf of herself and all others similarly situated,*

        Plaintiff,

v.

LORAC COSMETICS, LLC,

        Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-25-20

20-CV-1741 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 19, 2020, the Court ordered that Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and the August 19 Order by August 28, 2020 on Lorac by the methods described in Rule 4 of the Federal Rules of Civil Procedure. Dkt. 19. The Court further ordered that Plaintiff file proof of service of these documents with the Court. *Id*. Plaintiff did not do so. In a September 14, 2020 Order, the Court extended Plaintiff's deadline to do so to September 18, 2020. Dkt. 14. To date, she still has not serve a copy of the papers on Lorac nor filed proof of service with the Court.

Accordingly, no later than October 2, 2020, Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, the August 19 Order, and this Order on Lorac by the methods described in Rule 4 of the Federal Rules of Civil Procedure. No later than October 5, 2020, Plaintiff shall file proof of service of these documents with the Court. **Failure to do so may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure**. SO ORDERED.

Dated: September 25, 2020
       New York, New York

_____
RONNIE ABRAMS
United States District Judge